UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __7__

---

*Green*

-v-

*American Society of Composers Authors and Publishers (ASCAP) et al*

U.S.C.A. # _____

U.S.D.C. # __08-cv-5789__

JUDGE: __KMW__

DATE: __JULY 25, 2008__

[Stamp: U.S. DISTRICT COURT FILED JUL 25 2008 S.D. OF N.Y.]

## INDEX TO THE RECORD ON APPEAL

| | |
|---|---|
| **PREPARED BY (NAME):** | THOMAS R. PISARCZYK |
| **FIRM:** | U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK |
| **ADDRESS:** | 500 PEARL STREET, ROOM 370 |
| | NEW YORK, NEW YORK 10007 |
| **PHONE NO.:** | (212) 805 - 0636 |

**DISTRICT COURT DOCKET ENTRIES** -----

**DOCUMENT DESCRIPTION**                                                      **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( ✓ ) Original Record                              ( ___ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 25TH Day of July, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

*Green*

-v-

*ASCAP, et al*

---------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-5789__

JUDGE: __KMW__

DATE: __JULY 25, 2008__

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __6__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 25TH Day of July In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:08-cv-05789-KMW
### Internal Use Only

Green v. American Society of Composers Authors and Publishers (ASCAP) et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 06/27/2008
Date Terminated: 06/27/2008
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by William James Green.(mbe) (Entered: 07/02/2008) |
| 06/27/2008 | 2 | COMPLAINT against Mariah-Carey, Bobby Brown, Whitney Houston, Jermaine Dupri, TLC, Pebbles, Clint Black, Garth Brooks, Exscape, After-7, All Others Recording Artists, Cumulus Broadcasting, EMI, BMG/Columbia, Zomba/Jobete, Warner, J Records, Jive, American Society of Composers Authors and Publishers (ASCAP), Marilyn Bergman, Alan Bergman, Karen Callahan, Kenneth Edmonds, Antonio Reid. Document filed by William James Green.(mbe) (Entered: 07/02/2008) |
| 06/27/2008 | | Magistrate Judge Andrew J. Peck is so designated. (mbe) (Entered: 07/02/2008) |
| 06/27/2008 | 3 | APPLICATION for the Court to Request Counsel. Document filed by William James Green.(mbe) (Entered: 07/02/2008) |
| 06/27/2008 | 4 | ORDER OF DISMISSAL, Plaintiff request to proceed in forma pauperis is granted. For the reasons set forth below, however, the complaint is dismissed and the application for appointment of counsel is denied. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed as it fails to state claim upon which relief can be granted. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. SO ORDERED. (Signed by Judge Kimba M. Wood on 6/27/2008) (mbe) (Entered: 07/02/2008) |
| 06/27/2008 | 5 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/27/2008) (mbe) (Entered: 07/02/2008) |
| 07/10/2008 | 6 | NOTICE OF APPEAL from 4 Order Dismissing Complaint (I.F.P.), 5 Judgment - Sua Sponte (Complaint). Document filed by William James Green. (tp) (Entered: 07/24/2008) |
| 07/10/2008 | | Appeal Remark as to 6 Notice of Appeal filed by William James Green. $455.00 APPEAL FEE DUE. IFP REVOKED 6/27/08. (tp) (Entered: 07/24/2008) |
| 07/24/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 6 Notice of Appeal. (tp) (Entered: 07/24/2008) |
| 07/24/2008 | | Transmission of Notice of Appeal to the District Judge re: 6 Notice of Appeal. (tp) (Entered: 07/24/2008) |